UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| JACKIE L. LADD, *Pro Se*, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:05-CV-350 |
| | ) | | (VARLAN/GUYTON) |
| JO ANNE B. BARNHART, | ) | | |
| Commissioner of Social Security, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, plaintiff's objections to the report and recommendation of the magistrate judge [Doc. 13] are hereby **OVERRULED**. The report and recommendation [Doc. 12] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

It is **ORDERED**, for the reasons stated in the report and recommendation, which the Court adopts and incorporates into its ruling, that plaintiff's motion for remand [Doc. 9] is **DENIED**; defendant Commissioner's motion for summary judgment [Doc. 10] is **GRANTED**; and defendant Commissioner's decision in this case denying plaintiff's application for supplemental security income benefits under the Social Security Act is **AFFIRMED**. This case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE